UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                    Plaintiff,

-against-

DUTCHESS COUNTY DSS, et al.,

                    Defendants.

1:25-CV-7494 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated November 16, 2021, the Court barred Plaintiff from filing any future civil action *in forma pauperis* ("IFP") in this court without first obtaining from the court leave to file. *Lewis v. O'Hagan Wolfe*, ECF 1:21-CV-6949, 7 (S.D.N.Y. Nov. 16, 2021). Plaintiff files this new *pro se* civil action in this court, and has neither paid the fees to bring this action nor filed an IFP application. Thus, because Plaintiff has not paid the fees to bring this action, the Court understands that Plaintiff is requesting to proceed IFP in this action. Plaintiff has not, however, sought leave from the court to file this action. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the Court's November 16, 2021 order in *Lewis*, 1:21-CV-6949.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

2

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: September 22, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2