UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

       Plaintiff,

  -against-

DUTCHESS COUNTY DSS, ET AL.,

       Defendant.

25cv7494 (LTS)

CIVIL JUDGMENT

  For the reasons stated in the September 22, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 25, 2025
     New York, New York

            /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
           Chief United States District Judge